McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Federal Defendants, ROBERT M. HARO and HARRELL WATTS

DAWN O. BITTLESTON, Esquire
Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball
4550 California Ave., 2nd Fl.
Bakersfield, CA 93309
Telephone: (661) 395-1000

Attorneys for Nonfederal Defendants, RAYMOND D. ANDREWS, MARILYN RUFF (MANDY RUFF), NICHOLLE PENCE, JOSEPH M. WHITE, PEGGY KINMAN, WALTER W. BARNES and WACKENHUT CORRECTIONS CORPORATION

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. KING,<br><br>        Plaintiff,<br><br>     v.<br><br>RAYMOND D. ANDREWS, MARILYN RUFF (MANDY RUFF), NICHOLLE PENCE, JOSEPH M. WHITE, PEGGY KINMAN, WALTER W. BARNES and WACKENHUT CORRECTIONS CORPORATION; ROBERT M. HARO and HARRELL WATTS,<br><br>        Defendants. | CIV-F-04-5724-REC/WMW-PS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the entire action hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorney's fees.  This stipulation may be executed in parts.

Dated: April 27, 2005

/s/ David S. King
DAVID S. KING

Dated: May 10, 2005

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB &
KIMBALL, LLP

By: /s/ Dawn Bittleston
DAWN O. BITTLESTON

Dated: May 2, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Y H T Himel
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

## ORDER

It is APPROVED and SO ORDERED.

DATED:   JULY 8, 2005   , 2005

/s/ ROBERT E. COYLE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

     That on **July 8, 2005**, she served a copy of:

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**COVENANT OF RELEASE BY DAVID S. KING**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Mr. David S. King  
27 Maxville Road  
Philipsburg, MT 59858

/s/ Carol Brown  
CAROL BROWN